**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1868**

In re:  MALCOLM DEMON TYLER, a/k/a Milt,

Petitioner.

On Petition for Writ of Mandamus. (5:13-cr-00009-FPS-JES-2)

Submitted:  November 19, 2018                     Decided:  November 28, 2018

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Malcolm Demon Tyler, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Demon Tyler petitions for a writ of mandamus, alleging the district court has unduly delayed ruling on the supplement to his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Tyler's supplement to his § 2255 motion on September 5, 2018. Accordingly, because the district court has recently decided Tyler's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*